555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

# LATHAM&WATKINS LLP

June 5, 2014

Rear Admiral Daniel O'Toole
Clerk of Court
United States Court of Appeals for the Federal Circuit
Howard T. Markey National Courts Building
717 Madison Place, NW
Washington, DC 20439

Re:   *Intellectual Ventures I LLC, et al. v. Capital One Bank (USA), National Association, et al.*, Nos. 14-1506, 14-1515

Dear Rear Admiral O'Toole,

I am writing to request that you correct the caption in these consolidated appeals to reflect that the three Defendants-Cross Appellants are the following:

- Capital One Financial Corporation,
- Capital One Bank (USA), National Association, and
- Capital One, National Association

Thank you for your attention in this matter and please contact me if I can be of further assistance.

Sincerely,

*/s/ Matthew J. Moore*
Matthew J. Moore
of LATHAM & WATKINS LLP
*Counsel for Defendants-Cross Appellants*

cc:   Counsel of Record (*see* service list)

LATHAM&WATKINS LLP

## SERVICE LIST

Craig Crandall Reilly (via CM/ECF)
Law Office of Craig C. Reilly
111 Oronoco St.
Alexandria, VA 22314

Clayton Thompson (via U.S. mail)
Ian F. Feinberg
M. Elizabeth Day
David Alberti
Marc C. Belloli
Yakov Zolotorev
Lawrence McDonough
Sal Lim
Nickolas Bohl
Peter Mikhail
Feinberg Day Alberti & Thompson LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025