2014-1506,-1515

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**INTELLECTUAL VENTURES I LLC, AND INTELLECTUAL VENTURES II LLC,**

*Plaintiffs-Appellants,*

v.

**CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION, AND CAPITAL ONE, NATIONAL ASSOCIATION,**

*Defendants-Cross Appellants.*

Appeals from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00740-AJT-TCB, Judge Anthony J. Trenga

## PLAINTIFFS-APPELLANTS' NOTICE OF UNAVAILABILITY FOR ORAL ARGUMENT

Elizabeth Day
Clayton Thompson
Marc Belloli
FEINBERG DAY ALBERTI
 & THOMPSON, LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel: 650.618.4360
Fax: 650.618.4368

Thomas R. Burns, Jr.
ADDUCI, MASTRIANI, &
 SCHAUMBERG, LLP
1133 Connecticut Ave., N.W.,
 12th Floor
Washington, DC 20036
Tel: 202.467.6300
Fax: 202.466.2006

*Attorneys for Plaintiffs-Appellants Intellectual Ventures I LLC and Intellectual Ventures II LLC*

Pursuant to the Practice Notes following Federal Circuit Rule 34, Plaintiffs-Appellants Intellectual Ventures I LLC and Intellectual Ventures II LLC hereby notify the Clerk of a conflict in scheduling oral argument in the above captioned appeal.  Counsel for Plaintiffs-Appellants have a trial scheduled from March 16, 2015 through April 3, 2015 before Judge Robinson in The United States District Court for the District of Delaware  (*Intellectual Ventures I LLC et al v. Motorola Mobility LLC*, Case No. 1:11-cv-00908-SLR-MPT).  The pretrial conference is being held February 26, 2015, and counsel will be preparing for trial between then and the start of the trial in March.  As a result of this trial, counsel for Plaintiffs-Appellants is not available for oral argument in March or April.

Dated:  January 6, 2015               Respectfully submitted,

/s/ *Thomas R. Burns, Jr.*
Thomas R. Burns, Jr.,
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.
1133 Connecticut Ave., NW, 12th Floor
Washington, DC 20036
burns@adduci.com
Telephone:  202.467.6300
Facsimile:   202.466.2006

        Elizabeth Day
        Clayton Thompson
        Marc Belloli
        FEINBERG DAY ALBERTI &
          THOMPSON, LLP
        1600 El Camino Real, Suite 280
        Menlo Park, CA 94025
        Telephone:   650.618.4360

        *Counsel for Plaintiffs-Appellants*
        *Intellectual Ventures I LLC and*
        *Intellectual Ventures II LLC*

FEIN700015-2

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **PLAINTIFFS-APPELLANTS' NOTICE OF UNAVAILABILITY FOR ORAL ARGUMENT** was served to the parties, in the manner indicated below, this 6th day of January 2015**:**

**COUNSEL FOR DEFENDANTS-CROSS APPELLANTS**
**CAPITAL ONE FINANCIAL CORPORATION;**
**CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION;**
**& CAPITAL ONE, NATIONAL ASSOCIATION**

| | |
|---|---|
| Matthew J. Moore<br>Abbott B. Lipsky, Jr.<br>Marguerite M. Sullivan<br>Gabriel K. Bell<br>James Scott Ballenger<br>LATHAM & WATKINS LLC<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004 | ☒ **CM/ECF DELIVERY**<br><br>☐ **VIA FIRST CLASS MAIL** |
| Jeffrey G. Homrig<br>LATHAM & WATKINS LLC<br>140 Scott Drive<br>Menlo Park, CA 94025 | ☒ **CM/ECF DELIVERY**<br><br>☐ **VIA FIRST CLASS MAIL** |
| Dabney J. Carr IV<br>Robert A. Angle<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, VA 23219 | ☒ **CM/ECF DELIVERY**<br><br>☐ **VIA FIRST CLASS MAIL** |

**COUNSEL FOR AMICUS CURIAE ASKELADDEN, L.L.C.**

| | |
|---|---|
| James Quarles, III | ☒ **CM/ECF DELIVERY** |
| Richard Anthony Crudo | |
| Gregory H. Lantier | ☐ **VIA FIRST CLASS MAIL** |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 1875 Pennsylvania Avenue, NW | |
| Washington, DC 20006 | |

*/s/ Thomas R. Burns, Jr.*
ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.

FEIN100014-2 (FC).docx