**Matthew J. Moore**
Direct Dial: +1.202.637.2278
matthew.moore@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

January 7, 2015

Rear Admiral Daniel E. O'Toole, Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re: *Intellectual Ventures I LLC, et al. v. Capital One Financial Corp., et al.*,
Nos. 14-1506, 14-1515

Dear Admiral O'Toole:

As principal counsel for Cross-Appellants Capital One Financial Corp., et al. in the above-captioned matter, I am writing pursuant to the Practice Note to Federal Circuit Rule 34 to advise the Court of days that present a conflict for oral argument.

I am unavailable for argument April 6-10, 2015, due to a long-planned (and already-paid-for) family vacation. Therefore, I respectfully request that you avoid scheduling argument on those days. Also, I am principal counsel for:

- Appellee Federal Home Loan Mortgage Corp. in Nos. 13-1067, 13-1068, and 13-1069 (Fed. Cir.); and

- Appellees Volvo Car Corporation and Volvo Cars of North America LLC in No. 14-1743 (Fed. Cir.).

When scheduling oral argument, I respectfully request that you allow at least two days between each argument. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Matthew J. Moore
Matthew J. Moore
of LATHAM & WATKINS LLP

cc: Counsel of Record via ECF